RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/6/06
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MYRON SMITH | CIVIL ACTION NO. 03-1948-P |
| versus | JUDGE STAGG |
| WARDEN BURL CAIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied** and Petitioner's complaint is **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, the 6th day of September, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE